Robert J. Atwater, Plaintiff-Appellee, v. Daisy Pearl Atwater, Defendant-Appellant.

**Gen. No. 48,615.**

First District, Third Division.
April 25, 1962.

Lew Nathanson and Thaddeus C. Toudor, of Chicago, for appellant; appellee did not appear in Appellate Court and did not file a brief. Opinion by MR. JUSTICE DEMPSEY. **Not to be published in full.**